SSA ODAR
SSA
5107 Leesburg Pike
Falls Church, VA 22041

# 000002310    I=000000    1214 IP CIT

2308 1 MB 0.416



Patricia C Coley
4891 Spring Ridge DR
Columbus, GA 31909



**SOCIAL SECURITY ADMINISTRATION**

Refer to: TLC
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

Office of Disability Adjudication
and Review
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: December 14, 2016

## NOTICE OF APPEALS COUNCIL ACTION

Ms. Patricia C Coley
4891 Spring Ridge Dr
Columbus, GA 31909

This is about your request for review of the Administrative Law Judge's decision dated March 1, 2016.

**We Have Denied Your Request for Review**

We found no reason under our rules to review the Administrative Law Judge's decision. Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the Commissioner of Social Security in your case.

**Rules We Applied**

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive new and material evidence and the decision is contrary to the weight of all the evidence now in the record.



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

**What We Considered**

In looking at your case, we considered the reasons you disagree with the decision and the additional evidence listed on the enclosed Order of Appeals Council.

We considered whether the Administrative Law Judge's action, findings, or conclusion is contrary to the weight of the evidence currently of record.

We found that this information does not provide a basis for changing the Administrative Law Judge's decision.

We also looked at medical records from Midtown Medical Center, dated August 4, 2016 to September 22, 2016 (10 pages) and medical records from The Nexus Pain Center of Columbus, dated April 10, 2015 to October 19, 2016 (70 pages). The Administrative Law Judge decided your case through March 31, 2015, the date you were last insured for disability benefits. This new information is about a later time. Therefore, it does not affect the decision about whether you were disabled at the time you were last insured for disability benefits.

With your request for review, you alleged that the Administrative Law Judge's outbursts combined with the decision, which contained factual errors and was at odds with itself, demonstrated bias. The Appeals Council has considered your allegations solely as they relate to your case under the abuse of discretion standard in 20 CFR 404.970. After reviewing the entire record, including the hearing recording, the Appeals Council has determined that there was no abuse of discretion and that no other basis exists to grant review in this case. The Appeals Council has completed its action on your request for review.

**If You Disagree With Our Action**

If you disagree with our action, you may ask for court review of the Administrative Law Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final decision that can be changed only under special rules.

See Next Page

**How to File a Civil Action**

You may file a civil action (ask for court review) by filing a complaint in the United States District Court for the judicial district in which you live. The complaint should name the Commissioner of Social Security as the defendant and should include the Social Security number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued by the court to the U.S. Attorney for the judicial district where you file your complaint, as provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Social Security Administration's Office of the General Counsel that is responsible for the processing and handling of litigation in the particular judicial district in which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are available on-line at the Social Security Administration's Internet site, http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified or registered mail, to the Attorney General of the United States, Washington, DC 20530.

**Time To File a Civil Action**

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to extend your time to file. You must have a good reason for waiting more than 60 days to ask for court review. You must make the request in writing and give your reason(s) in the request.

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.



See Next Page

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**If You Have Any Questions**

If you have any questions, you may call, write, or visit any Social Security office. If you do call or visit an office, please have this notice with you. The telephone number of the local office that serves your area is (877)784-3688. Its address is:

> Social Security
> 7263 North Lake Dr
> Columbus, GA 31909-2767

/s/ Lesley A Dickson

Lesley A Dickson
Appeals Officer

Enclosure: Order of Appeals Council

cc: Joshua R. McKoon
    PO Box 190
    Fortson, GA 31808

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

## ORDER OF APPEALS COUNCIL

**IN THE CASE OF**

Patricia C Coley
(Claimant)

_____
(Wage Earner)

**CLAIM FOR**

Period of Disability
Disability Insurance Benefits

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
(Social Security Number)

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit 11E      Representative Brief, dated April 20, 2016

Exhibit 23F      Medical Records from The Nexus Pain Center of Columbus, dated February 21, 2014 to March 9, 2015

Date: December 14, 2016

