IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| PATRICIA CAROL COLEY )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NANCY A. BERRYHILL )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY )<br>)<br>Defendant )<br>) | CIVIL ACTION NO. 4:17-CV-00040 |

**CERTIFICATION**

The undersigned, as Chief, Court Case Preparation and Review Branch 3, Office of Appellate Operations, Office of Disability Adjudication and Review, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.
**Certified Administrative Records (CAR) are not compatible with Optical Character Recognition (OCR), therefore the Agency cannot provide a OCR searchable CAR.**

*[signature]*
_____
ROXIE RASEY NICOLL

Date: March 17, 2017