# Court Transcript Index

Civil Action Number:  4:17-CV-00040
Claimant:  Patricia C Coley
Account Number:  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

| Court Transcript Index | Page No. | No. of Pages |
|---|---|---|
| AC Denial (ACDENY), dated 12/14/2016 | 1-7 | 7 |
| Claimant-supplied Evidence (CLMTEVID), dated 04/10/2015 to 10/19/2016, from The Nexus Pain Center of Columbus | 8-77 | 70 |
| Claimant-supplied Evidence (CLMTEVID), dated 08/04/2016 to 09/22/2016, from Midtown Medical Center | 78-87 | 10 |
| AC Correspondence (ACCORR), dated 05/09/2016 | 88-94 | 7 |
| Request for Review of Hearing Decision/Order (HA 520), dated 04/07/2016 | 95-103 | 9 |
| ALJ Hearing Decision (ALJDEC), dated 02/25/2016 | 104-119 | 16 |
| Transcript of Oral Hearing (TRANHR), dated 05/15/2015 | 120-159 | 40 |

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 1A | Disability Determination Explanation, dated 01/05/2013 | 160-164 | 5 |
| 2A | Disability Determination Transmittal, dated 01/07/2013 | 165 | 1 |
| 3A | Disability Determination Explanation, dated 05/10/2013 | 166-172 | 7 |
| 4A | Disability Determination Transmittal, dated 06/17/2013 | 173 | 1 |
| 1B | Appointment of Representative, dated 11/09/2012 | 174-175 | 2 |
| 2B | T2 Notice of Disapproved Claim, dated 01/07/2013 | 176-180 | 5 |
| 3B | Personal Decision Notice, dated 01/07/2013 | 181 | 1 |
| 4B | Request for Reconsideration, dated 03/13/2013 | 182 | 1 |
| 5B | T2 Disability Reconsideration Notice, dated 06/07/2013 | 183-184 | 2 |
| 6B | Personal Decision Notice, dated 06/17/2013 | 185 | 1 |
| 7B | Request for Hearing by ALJ, dated 08/02/2013 | 186-187 | 2 |
| 8B | Request for Hearing Acknowledgement Letter, dated 08/09/2013 | 188-194 | 7 |
| 9B | Withdrawal/Revocation of Representation, dated 08/16/2013 | 195-197 | 3 |
| 10B | Outgoing ODAR Correspondence, dated 09/26/2014 | 198-201 | 4 |
| 11B | Appointment of Representative, dated 08/06/2014 | 202-205 | 4 |
| 12B | Hearing Notice, dated 02/27/2015 | 206-232 | 27 |
| 13B | Notice Of Hearing Reminder, dated 05/01/2015 | 233-238 | 6 |
| 1D | Application for Disability Insurance Benefits, dated 12/05/2012 | 239-243 | 5 |
| 2D | WHAT - Work History Assistant Tool, dated 10/10/2014 | 244-245 | 2 |
| 3D | Other Query, dated 10/10/2014 | 246-256 | 11 |
| 4D | DISCO DIB Insured Status Report, dated 10/10/2014 | 257-259 | 3 |
| 5D | Detailed Earnings Query, dated 10/10/2014 | 260-263 | 4 |
| 6D | Certified Earnings Records, dated 10/10/2014 | 264-267 | 4 |
| 7D | Detailed Earnings Query, dated 10/10/2014 | 268-270 | 3 |

DATE: March 17, 2017

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number: 4:17-CV-00040
Claimant: Patricia C Coley
Account Number: 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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 8D | New Hire, Quarter Wage, Unemployment Query (NDNH), dated 04/18/2015 | 271 | 1 |
| 9D | Detailed Earnings Query, dated 05/15/2015 | 272-275 | 4 |
| 10D | Summary Earnings Query, dated 05/15/2015 | 276 | 1 |
| 1E | Disability Report - Field Office, dated 12/05/2012 | 277-279 | 3 |
| 2E | Disability Report - Adult, dated 12/05/2012 | 280-287 | 8 |
| 3E | Report of Contact, dated 12/07/2012 | 288-289 | 2 |
| 4E | Disability Report - Field Office, dated 03/13/2013 | 290-291 | 2 |
| 5E | Disability Report - Appeals, dated 03/13/2013 | 292-298 | 7 |
| 6E | Disability Report - Field Office, dated 08/06/2013 | 299-300 | 2 |
| 7E | Disability Report - Appeals, dated 08/06/2013 | 301-305 | 5 |
| 8E | Resume of Vocational Expert, dated 04/18/2015 | 306-313 | 8 |
| 9E | Proffer Correspondence, dated 11/16/2015 | 314-316 | 3 |
| 10E | Response to Proffer Correspondence, dated 11/25/2015 | 317-320 | 4 |
| 11E | Representative Brief, dated 04/20/2016 | 321-325 | 5 |
| 1F | Emergency Department Records, dated 10/30/2012 to 11/06/2012, from Columbus Regiona Medical Center | 326-341 | 16 |
| 2F | Inpatient Hospital Records, dated 11/03/2012 to 11/09/2012, from Columbus Regional Medical Center | 342-437 | 96 |
| 3F | Medical Evidence of Record, dated 01/11/2010 to 11/20/2012, from John A De Clue, PC | 438-508 | 71 |
| 4F | Medical Evidence of Record, dated 03/08/2010 to 12/14/2012, from John A Due Clue, PC | 509-557 | 49 |
| 5F | Attorney/Representative-Supplied Evidence, dated 10/27/2014 to 04/23/2015, from Carter, Kaylon( pulmonary medicine, Inc.) | 558-577 | 20 |
| 6F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 10/30/2012, from Columbus Regional | 578-594 | 17 |
| 7F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 11/11/2012, from Columbus Regional | 595-613 | 19 |
| 8F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 11/01/2012, from The Medical Center | 614-628 | 15 |
| 9F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 11/01/2012, from The Medical Center | 629-644 | 16 |
| 10F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 11/01/2012, from The medical Center | 645-650 | 6 |
| 11F | Attorney/Representative-Supplied Evidence, dated 10/30/2012, from Colunbus regional Medical center | 651-656 | 6 |
| 12F | Attorney/Representative-Supplied Evidence, dated 11/01/2012, from The medical Center | 657-704 | 48 |

DATE: March 17, 2017

The documents and exhibits contained in this administrative record are the best copies obtainable.

# Court Transcript Index

Civil Action Number:  4:17-CV-00040
Claimant:  Patricia C Coley
Account Number:  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

## Exhibits

| Exhibit No. | Description | Page No. | No. of Pages |
|---|---|---|---|
| 13F | Attorney/Representative-Supplied Evidence, dated 10/30/2012 to 11/01/2012, from Columbus regional | 705-724 | 20 |
| 14F | Attorney/Representative-Supplied Evidence, dated 11/11/2012, from Columbus regional medical center | 725-762 | 38 |
| 15F | Attorney/Representative-Supplied Evidence, dated 11/03/2012, from Columbus regional medical Center | 763-819 | 57 |
| 16F | Attorney/Representative-Supplied Evidence, dated 11/08/2012, from Coplumbus regional medical center | 820-887 | 68 |
| 17F | Attorney/Representative-Supplied Evidence, dated 11/03/2012 to 11/09/2012, from The medical center | 888-990 | 103 |
| 18F | Attorney/Representative-Supplied Evidence, dated 07/10/2014, from Horizons Dianostics | 991-1007 | 17 |
| 19F | Attorney/Representative-Supplied Evidence, dated 04/27/2015, from Horizons Diagnostics | 1008-1023 | 16 |
| 20F | Consultative Examination Report, dated 09/28/2015 to 09/28/2015, from Robert H. Walkup, Jr., M.D. | 1024-1029 | 6 |
| 21F | Consultative Examination Report, dated 10/05/2015 to 10/05/2015, from Alphonza Vester, M.D. | 1030-1035 | 6 |
| 22F | Consultative Examination Report, dated 2015-10-12 to 11/10/2015, from VESTER, ALPHONZA | 1036-1047 | 12 |
| 23F | Claimant-supplied Evidence, dated 02/21/2014 to 03/09/2015, from The Nexus Pain Center of Columbus | 1048-1129 | 82 |

DATE: March 17, 2017

The documents and exhibits contained in this administrative record are the best copies obtainable.