IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PATRICIA C. COLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 4:17-cv-00040-CDL-MSH |
| NANCY A. BERRYHILL, ) | |
| Deputy Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Comes the defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, by counsel, in response to Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge. On February 23, 2018, the Magistrate Judge recommended that the decision of the Commissioner be affirmed. Final Report and Recommendation (Recom.). Plaintiff objected to the recommendation, reiterating her belief that she was disabled and her subjective allegations. Plaintiff's allegations were addressed at length in the Commissioner's Memorandum and in the Recom. For the reasons stated therein, the Commissioner respectfully submits that the Magistrate Judge's recommendation was well reasoned and the Commissioner's decision is supported by substantial evidence, decided by the proper legal standards, and should be affirmed.

**Conclusion**

The Commissioner respectfully submits that her decision was supported by substantial evidence, decided by the proper legal standards, and should be affirmed.

This 22nd day of March, 2018.

                                            Respectfully submitted,

                                            CHARLES E. PEELER
                                            UNITED STATES ATTORNEY

                                            *s/ Barbara G. Parker*
                                            BARBARA G. PARKER
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Georgia Bar No. 561750
                                            United States Attorney's Office
                                            P. O. Box 1702
                                            Macon, GA 31202
                                            Telephone: (478) 621-2733

Of Counsel for the Defendant:

Christopher Harris, Regional Chief Counsel
John C. Stoner, Deputy Regional Chief Counsel
Joseph Palermo, III, Acting Branch Chief
Timothy C. Stevens, Assistant Regional Counsel
Social Security Administration
Office of the General Counsel
Atlanta Federal Center
61 Forsyth Street, S.W. Suite 20T45
Atlanta, GA 30303

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Joshua R. McKoon, Esq.
    MCKOON LAW FIRM
    P. O. Box 2565
    Columbus, GA  31902

and I hereby certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:  n/a.

This 22nd day of March, 2018.

                                          Respectfully submitted,

                                          CHARLES E. PEELER
                                          UNITED STATES ATTORNEY

                                          *s/ Barbara G. Parker*
                                          BARBARA G. PARKER
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Georgia Bar No. 561750
                                          United States Attorney's Office
                                          P. O. Box 1702
                                          Macon, GA 31202
                                          Telephone: (478) 621-2733