IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

PATRICIA C. COLEY,                     *

    Plaintiff,                         *

vs.                                    *

                        CASE NO. 4:17-CV-00040 (CDL)

COMMISSIONER OF SOCIAL                 *
SECURITY,
                                       *
    Defendant.
                                       *

_____

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed February 23, 2018, AFFIRMING the Commissioner's decision, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 10th day of April, 2018.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA