IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PATRICIA C. COLEY, | * |
| Plaintiff, | * |
| v. | Case No. 4:17-CV-40-CDL-MSH |
| | *   Social Security Appeal |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated April 10, 2018, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 10th day of April, 2018.

David W. Bunt, Clerk

s/ Geoffery Gunn, Deputy Clerk